## LIST OF RELATED CASES

PHILIP SERVICES CORPORATION

21ST CENTURY ENVIRONMENTAL MANAGEMENT, INC. OF NEVADA

21ST CENTURY ENVIRONMENTAL MANAGEMENT, INC. OF RHODE ISLAND

ACE/ALLWASTE ENVIRONMENTAL SERVICES OF INDIANA, INC.

ALLWASTE TANK CLEANING, INC.

ALLWORTH, INC.

BURLINGTON ENVIRONMENTAL, INC.,

CAPPCO TUBULAR PRODUCTS USA, INC.

CHEM-FREIGHT, INC.

CHEMICAL POLLUTION CONTROL, INC. OF FLORIDA, — A 21ST CENTURY ENVIRONMENTAL MANAGEMENT COMPANY

CHEMICAL POLLUTION CONTROL, INC., OF NEW YORK, — A 21ST CENTURY ENVIRONMENTAL MANAGEMENT COMPANY

CHEMICAL RECLAMATION SERVICES INC.

COUSINS WASTE CONTROL CORPORATION

CYANOKEM INC.

D & L, INC.

DELTA MAINTENANCE, INC.

INTERNATIONAL CATALYST, INC.

Jesco Industrial Services

LUNTZ ACQUISITION (DELAWARE) CORPORATION

NORTHLAND ENVIRONMENTAL, INC.

NORTRU, INC.

PHILIP ENVIRONMENTAL SERVICES CORPORATION

PHILIP METALS (NEW YORK), INC.

PHILIP RECLAMATION SERVICES, HOUSTON, INC.

PHILIP SERVICES/NORTH CENTRAL, INC.

PHILIP TRANSPORTATION AND REMEDIATION, INC.

PSC ENVIRONMENTAL SERVICES, INC.

PSC INDUSTRIAL OUTSOURCING, INC.

PSC INDUSTRIAL SERVICES, INC.

PSC METALS, INC.

PSC RECOVERY SYSTEMS, INC.

REPUBLIC ENVIRONMENTAL RECYCLING (NEW JERSEY) INC.

REPUBLIC ENVIRONMENTAL SYSTEMS (PENNSYLVANIA) INC.

REPUBLIC ENVIRONMENTAL SYSTEMS (TRANSPORTATION GROUP) INC.

REPUBLIC ENVIRONMENTAL SYSTEMS (TECHNICAL SERVICES GROUP), INC.

RESOURCE RECOVERY CORPORATION

RHO-CHEM CORPORATION

RMF GLOBAL, INC.

RMF INDUSTRIAL CONTRACTING, INC.

SERV-TECH EPC INC.

SERV-TECH EPC SUBSIDIARY, INC.

SOLVENT RECOVERY CORPORATION.

THERMALKEM, INC.

TOTAL REFRACTORY SYSTEMS, INC.